# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 28, 2013

### NO. 03-09-00680-CV

National American Insurance Company; Texas Department of Insurance, Division of Workers' Compensation; Rod Borderlon, in his Official Capacity as Commissioner of the Division of Workers' Compensation; and the Subsequent Injury Fund, Appellant

v.

Texas Property and Casualty Insurance Guaranty Association for Paula Insurance Company, an impaired carrier, Appellee

APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, HENSON, AND GOODWIN
AFFIRMED -- OPINION BY JUSTICE GOODWIN;
JUSTICE HENSON NOT PARTICIPATING

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error in the trial court's judgment: **IT IS THEREFORE** considered, adjudged and ordered that the trial court's judgment is in all things affirmed. It is **FURTHER** ordered that the appellants pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.